Certificate Number: 17572-PAM-DE-039506438

Bankruptcy Case Number: 25-00716



17572-PAM-DE-039506438

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 1, 2025, at 10:40 o'clock AM PDT, Michelle A Gombar completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 1, 2025

By: /s/Dorianne Santiago

Name: Dorianne Santiago

Title: Counselor