| EMPLOYEE NAME | Michelle A Gombar | | |
|---|---|---|---|
| CHECK DATE | 1/18/2024 | | |
| PERIOD STARTING | 1/1/2024 | | |
| PERIOD ENDING | 1/14/2024 | YTD | |
| GROSS EARNINGS | $ 992.00 | $ 2,898.50 | |
| FEDERAL | $ 43.00 | $ 195.00 | |
| FICA | $ 61.50 | $ 179.70 | |
| MEDICARE | $ 14.38 | $ 42.02 | |
| PA STATE | $ 30.45 | $ 88.98 | |
| PA SUIC | $ 0.69 | $ 2.02 | |
| LST | $ 2.00 | $ 4.00 | |
| LOCAL | $ 9.92 | $ 28.99 | |
| TOTAL TAXES W/H | $ 161.94 | $ 540.71 | |
| NET PAY | $ 830.06 | $ 2,357.79 | |

payroll 2022