United States Bankruptcy Court

Middle District of Pennsylvania

In re:                      Case No. 25-00716-MJC

Michelle A. Gombar          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 2
Date Rcvd: Apr 21, 2025        Form ID: ntcnfhrg          Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle A. Gombar, 814 Spring Street, Jessup, PA 18434-1934 |
| 5696878 | | Internal Revenue Service, Special Procedures Branch Attn: Dana P, Pittsburgh, PA 15230 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5696869 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2025 18:59:11 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5696870 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2025 18:59:14 | CITICARDS CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5696871 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2025 18:52:00 | COMENITYBANK/LEGNDPINE, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5696872 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2025 18:52:00 | COMENITYBANK/VICTORIA, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5696873 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2025 18:52:00 | COMENITYCB/COSMOPROF, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5696874 | + | Email/Text: dylan.succa@commercialacceptance.net | Apr 21 2025 18:52:00 | COMMERCIAL ACCEPTANCE, 2300 GETTYSBURG RD STE 1, CAMP HILL, PA 17011-7303 |
| 5696877 | + | Email/Text: servicingmailhub@flagstar.com | Apr 21 2025 18:52:00 | FLAGSTAR BANK, 5151 CORPORATE DR, TROY, MI 48098-2639 |
| 5700969 | + | Email/Text: servicingmailhub@flagstar.com | Apr 21 2025 18:52:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5696879 | | Email/Text: tullio.deluca@verizon.net | Apr 21 2025 18:52:00 | Law Office of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5696880 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 21 2025 18:52:00 | LOANCARE SERVICING C, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 5696881 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2025 18:59:14 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5699192 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2025 18:59:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5696883 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 21 2025 18:59:07 | SYNCB/AMAZON PLCC, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 5696884 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 21 2025 18:59:07 | SYNCB/AMERICAN EAGLE, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5696885 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 21 2025 18:59:11 | SYNCB/CARE CREDIT DU, 950 FORRER BLVD, KETTERING, OH 45420-1469 |
| 5696886 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2025 18:59:08 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5696887 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2025 18:59:14 | 57117-6497<br>TRACTOR SUPPLY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5701877 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 21 2025 18:52:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5696876 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 21 2025 18:52:00 | ELAN FINANCIAL SERVICE, PO BOX 108, SAINT LOUIS, MO 63166 |
| 5696875 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 21 2025 18:52:00 | ELAN FINANCIAL SERVICE, PO BOX 790084, SAINT LOUIS, MO 63179 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5696882 | *+ | Michelle A. Gombar, 814 Spring Street, Jessup, PA 18434-1934 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jill Manuel-Coughlin | on behalf of Creditor Flagstar Bank N.A. bankruptcy@powerskirn.com |
| Tullio DeLuca | on behalf of Debtor 1 Michelle A. Gombar tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Michelle A. Gombar, <br> aka Michelle Ann Gombar, aka Michelle Gombar, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:25−bk−00716−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 5, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> Max Rosenn US Courthouse, <br> Courtroom 2, 197 South Main <br> Street, Wilkes−Barre, PA 18701 | Date: June 12, 2025 <br><br> Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 21, 2025 |

ntcnfhrg (08/21)