UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHELLE A. GOMBAR
AKA: MICHELLE GOMBAR,
MICHELLE ANN GOMBAR

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.

MICHELLE A. GOMBAR
AKA: MICHELLE GOMBAR,
MICHELLE ANN GOMBAR

CASE NO: 5-25-00716-MJC

    Respondent(s)

## WITHDRAWAL OF TRUSTEE'S ACKNOWLEDGEMENT OF RECEIPT OF CERTIFICATION REGARDING DOMESTIC SUPPORT

AND NOW, on April 28, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and requests that the Trustee's Acknowledgement of Receipt of Certification Regarding Domestic Support filed on April 28, 2025, be withdrawn due to having been filed in error.

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHELLE A. GOMBAR
AKA: MICHELLE GOMBAR,
MICHELLE ANN GOMBAR

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

MICHELLE A. GOMBAR
AKA: MICHELLE GOMBAR,
MICHELLE ANN GOMBAR

Respondent(s)

CHAPTER 13

CASE NO: 5-25-00716-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 28, 2025, I served a copy of this Withdrawal on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically
TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA 18504-

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102

Served by First Class Mail
MICHELLE A. GOMBAR
814 Spring Street
Jessup PA 18434

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 28, 2025

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com