UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     MICHELLE A. GOMBAR, AKA | : |
|     MICHELLE GOMBAR, AKA | : |
|     MICHELLE ANN GOMBAR, | : |
|       Debtor | : |
| | : |
| JACK N. ZAHAROPOULOS, | : |
| STANDING CHAPTER 13 TRUSTEE, | : |
|       Movant | : |
| | : |
|     vs. | : |
| | : |
| MICHELLE A. GOMBAR, AKA | : |
| MICHELLE GOMBAR, AKA | : |
| MICHELLE ANN GOMBAR, | : |
|       Respondent | : CASE NO. 5-25-bk-00716-MJC |

TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

    AND NOW, this 23rd day of July 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and objects to the confirmation of the above-referenced Debtor's Plan for the following reason:

    1.    Debtor's Plan violates 11 U.S.C. § 1332(b)(1) in that the Plan classifies unsecured claims but unfairly discriminates certain claims in the designation. More specifically, the Plan provides for payment of:

        a.  Cosigned debts/co-debtor claim is not a reason for special classification.

    WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

a. deny confirmation of Debtor's Plan;
b. dismiss or convert Debtor's case; and
c. provide such other relief as is equitable and just.

                Respectfully submitted:

                Jack N. Zaharopoulos
                Standing Chapter 13 Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                (717) 566-6097

BY: /s/ Agatha R. McHale, Esquire
      Attorney for Trustee

## CERTIFICATE OF SERVICE

        AND NOW, this 23rd day of July 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Tullio DeLuca, Esquire
Law Office of Tullio DeLuca
381 North 9th Avenue
Scranton, PA 18504

                                              /s/ Derek M. Strouphauer, Paralegal
                                              Office of Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee