UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

**MICHELLE A. GOMBAR**
* Debtor(s)

Case Number: **5-25-00716**
Chapter: **13**

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Amended Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: November 10, 2025

SIGNED: _Lisa Manchak_

TITLE: __/s/Legal Assistant__

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michelle A. Gombar,<br>aka Michelle Ann Gombar, aka Michelle Gombar, | Chapter 13 |
| **Debtor 1** | Case No. 5:25-bk-00716-MJC |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on October 1, 2025. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: November 7, 2025

orcnfpln(05/18)

CAPITAL ONE BANK USA
PO BOX 31293
SALT LAKE CITY, UT 84131-0293

CITICARDS CBNA
PO BOX 6241
SIOUX FALLS, SD 57117-6241

COMENITYBANK/LEGNDPINE
PO BOX 182789
COLUMBUS, OH 43218-2789

COMENITYBANK/VICTORIA
PO BOX 182789
COLUMBUS, OH 43218-2789

COMENITYCB/COSMOPROF
PO BOX 182120
COLUMBUS, OH 43218-2120

COMMERCIAL ACCEPTANCE
2300 GETTYSBURG RD STE 1
CAMP HILL, PA 17011-7303

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

FLAGSTAR BANK
5151 CORPORATE DR
TROY, MI 48098-2639

Flagstar Bank, N.A.
5151 Corporate Drive
Troy, MI 48098-2639

Flagstar Bank, N.A.
Nationstar Mortgage LLC
P.O Box 619096
Dallas, TX 75261-9096

Internal Revenue Service
Special Procedures
Pittsburgh, PA 15230

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LOANCARE SERVICING C
3637 SENTARA WAY
VIRGINIA BEACH, VA 23452-4262

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602-1269

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakeview Loan Servicing
c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452-4262

PORTFOLIO RECOVERY ASSOCIATES
LLC PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

SYNCB/AMAZON PLCC
PO BOX 71727
PHILADELPHIA, PA 19176-1727

SYNCB/AMERICAN EAGLE
PO BOX 965005
ORLANDO, FL 32896-5005

SYNCB/CARE CREDIT DU
950 FORRER BLVD
KETTERING, OH 45420-1469

THD/CBNA
PO BOX 6497
SIOUX FALLS, SD 57117-6497

TRACTOR SUPPLY/CBNA
PO BOX 6497
SIOUX FALLS, SD 57117-6497

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO BOX 108
Saint Louis MO 63166-0108

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

JACK N ZAHAROPOULOS ATTN
CHAPTER 13 TRUSTEE 8125 ADAMS
DRIVE SUITE A HUMMELSTOWN PA
17036-8625